## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN CLARK, | : | Civil No. 1:22-CV-01469 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| BERNADETTE MASON, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 16th day of March 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, is **DENIED**.

2. A Certificate of Appealability is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania